**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Herman Lewis BILLUPS, Defendant–Appellant.**

No. 12–7792.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Herman Lewis Billups, Appellant Pro Se. John J. Frail, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Herman Lewis Billups appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Billups*, No. 3:00–cr–00059–1 (S.D.W.Va. Sept. 26, 2012). We deny Billups' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*